UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00182

**Stephen O. Welch,**
*Plaintiff,*

v.

**Commissioner,
Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

# ORDER

On May 9, 2019, United States Magistrate Judge K. Nicole Mitchell ordered the plaintiff to file an affidavit in support of his motion to proceed *in forma pauperis* by May 15, 2019 or risk dismissal of the complaint. Doc. 4. The plaintiff has not filed that affidavit. On June 27, 2019, Judge Mitchell issued a report and recommendation that the complaint be dismissed without prejudice for failure to prosecute. Doc. 5. No party has filed objections. Therefore, the court **adopts** the magistrate judge's findings and conclusions.

This action is **dismissed without prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b). Any motion not previously ruled on is **denied**.

*So ordered by the court on July 19, 2019.*

J. CAMPBELL BARKER
United States District Judge